UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,

           Plaintiff,

- against -

JESSICA CUTLER,
166 Second Avenue
Apartment 9M
New York, New York  10003-5728,

           Defendant.

Case No. 1:05-CV-00970 (PLF)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for defendant Jessica Cutler in this action and accordingly request that all papers and notices served in the action be served upon them by electronic means or otherwise at the address stated below.

Dated: Washington, D.C.
        June 29, 2005

BERLINER, CORCORAN & ROWE, L.L.P.

Attorneys for Defendant

By:  /s/ Thomas E. Wilson
      Thomas E. Wilson
          D.C. Bar No. 132704

/s/ Alexander C. Vincent
Alexander C. Vincent
    D.C. Bar No. 472459

Dockets.Justia.com

/s/ Jason A. McClurg
Jason A. McClurg
 California State Bar No. 232897
 Application to D.C. Bar Pending

1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail: twilson@bcr-dc.com
   acv@bcr-dc.com
   jam@bcr-dc.com