UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,

                 Plaintiff,

- against -

JESSICA CUTLER,
166 Second Avenue
Apartment 9M
New York, New York  10003-5728,

                 Defendant.

Case No. 1:05-CV-00970 (PLF)

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for defendant Jessica Cutler in this action and accordingly request that all papers and notices served in the action be served upon them by electronic means or otherwise at the address stated below.

Dated:  Washington, D.C.
         June 29, 2005

                           BERLINER, CORCORAN & ROWE, L.L.P.

                           Attorneys for Defendant

                    By:   /s/ Thomas E. Wilson
                          Thomas E. Wilson
                             D.C. Bar No. 132704

                          /s/ Alexander C. Vincent
                          Alexander C. Vincent
                             D.C. Bar No. 472459

dockets.Justia.com

/s/ Jason A. McClurg
Jason A. McClurg
    California State Bar No. 232897
    Application to D.C. Bar Pending

1101 17th Street, N.W.
Suite 1100
Washington, D.C. 20036-4798
Telephone: (202) 293-5555
Fax: (202) 293-9035
E-mail:    twilson@bcr-dc.com
           acv@bcr-dc.com
           jam@bcr-dc.com