UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,

                Plaintiff,

    - against -                    Case No. 1:05-CV-00970 (PLF)

JESSICA CUTLER,

                Defendant.

**ORDER GRANTING
DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Jessica Cutler ("Cutler"), by counsel and making for now a limited appearance, having moved pursuant to Fed. R. Civ. P. 6(b) on June 29, 2005, for entry of an order enlarging the time to and including July 26, 2005, within which Cutler may answer or otherwise respond to plaintiff's complaint; plaintiff having consented to the relief sought; and good cause otherwise appearing,

IT IS, this ____ day of _____ 2005, hereby

ORDERED that the motion be, and it hereby is, in all respects granted, and it is further

ORDERED that Cutler be, and she hereby is, granted an enlargement of time to and including July 26, 2005, within which she may answer or otherwise respond to the

dockets.Justia.com

complaint.

                                                                                                              Paul L. Friedman
                                                                                                              United States District Judge

Copies to:

Thomas E. Wilson, Esq.
Alexander C. Vincent, Esq.
Jason A. McClurg, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036-4798
twilson@bcr-dc.com, acv@bcr-dc.com, jam@bcr-dc.com

Jonathan Rosen, Esq.
1645 Lamington Road
Bedminster, New Jersey 07921-2701
xjonathan@mac.com