UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,

                      Plaintiff,

    - against -                    Case No. 1:05-CV-00970 (PLF)

JESSICA CUTLER,

                      Defendant.

## ORDER GRANTING
## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant Jessica Cutler ("Cutler"), by counsel and making for now a limited appearance, having moved pursuant to Fed. R. Civ. P. 12(b)(6) on July 26, 2005, for entry of an order dismissing plaintiff's complaint with prejudice for failure to state a claim upon which relief can be granted; plaintiff having opposed the motion; the Court having considered the submissions of the parties, the oral argument of counsel, and the entire record herein; and good cause otherwise appearing,

        IT IS, this ____ day of _____ 2005, hereby

        ORDERED that the motion be, and it hereby is, in all respects granted, and it is further

Dockets.Justia.com

ORDERED that plaintiff's complaint be, and it hereby is, dismissed with prejudice.

                    Paul L. Friedman
                    United States District Judge

Copies to:

Thomas E. Wilson, Esq.
Alexander C. Vincent, Esq.
Jason A. McClurg, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 17th Street, N.W., Suite 1100
Washington, D.C.  20036-4798
twilson@bcr-dc.com, acv@bcr-dc.com, jam@bcr-dc.com

Jonathan Rosen, Esq.
1645 Lamington Road
Bedminster, New Jersey  07921-2701
xjonathan@mac.com