UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINBUCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE No. 01:05-CV-00970 (PLF) |
| ) | |
| CUTLER ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM
IN SUPPORT OF AN EXTENSION OF TIME IN WHICH
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff hereby moves for an extension of time to and including September 15, 2005, in which to respond to Defendant's Motion to Dismiss. Our response is currently due on August 8, 2005. This is our first request for an extension of time. On July 28, 2005, Plaintiff's counsel conferred with counsel for Defendant, concerning the current motion. Defendant's counsel consented to the enlargement. Plaintiff had previously consented to Defendant's enlargement to file the Motion to Dismiss.

Plaintiff's counsel is requesting the additional time to accommodate previously-scheduled work obligations and the unavailability of Plaintiff during part of this period due to the scheduled surgery of a family member and other work obligations.

Accordingly, for the reasons set forth above, we respectfully request that the Court grant this extension of time, until September 15, 2005, in which to file our response to Defendant's Motion to Dismiss.

Dated: July 28, 2005

Dockets.Justia.com

Respectfully Submitted,

/Jonathan Rosen/
Jonathan Rosen (NY0046)
1200 Gulf Blvd., #1506
Clearwater, FL 33767
(908) 759-1116
Attorney for Plaintiff