UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINBUCH ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 01:05-CV-00970 (PLF) |
| v. ) | |
| CUTLER ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's unopposed motion for an extension of time, and the entire record herein, it is hereby

ORDERED, that Plaintiff's motion is GRANTED, and its is hereby further

ORDERED, that Plaintiff shall file its response to Defendant's Motion to Dismiss on or before September 15, 2005.


Date: _____        _____
                                      UNITED STATES DISTRICT JUDGE