STEINBUCH v. CUTLER                                                                                          Doc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
STEINBUCH                                    )
                                             )
            Plaintiff,                       )
                                             ) Case No. 01:05-CV-00970 (PLF)
            v.                               )
CUTLER                                       )
                                             )
            Defendant.                       )
_____)

## MOTION TO RESCHEDULE ORAL ARGUMENT

The oral argument for Defendant's motion to dismiss has been scheduled for April 13, 2006 – the first day of the Jewish holiday of Passover. Accordingly, Plaintiff respectfully requests that the hearing be rescheduled. Plaintiff is particularly available the week prior (the week of April 3, 2006) and the week after (the week of April 17, 2006). Defendant consents to this motion.

Dated: March 13, 2005                      Respectfully Submitted,

                                           /Jonathan Rosen/
                                           Jonathan Rosen (NY0046)
                                           1200 Gulf Blvd., #1506
                                           Clearwater, FL 33767
                                           (908) 759-1116
                                           Attorney for Plaintiff

Dockets.Justia.com