UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,

                Plaintiff,

    - against -                Case No. 1:05-CV-00970 (PLF)

JESSICA CUTLER,

                Defendant.

**ORDER GRANTING
DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW**

    Thomas E. Wilson, Esq., Alexander C. Vincent, Esq., Jason A. McClurg, Esq., and the law firm of Berliner, Corcoran & Rowe, L.L.P. (collectively "BCR"), counsel for defendant Jessica Cutler, having moved on March 15, 2006, and pursuant to D.D.C. Civ. R. 83.6(c) and D.C. R. Prof. Conduct 1.16(a)(3) for entry of an order granting them leave to withdraw as counsel of record for Miss Cutler; there being no opposition to the motion; the Court having found that the motion will not unduly delay trial of the case, will not be unfairly prejudicial to any party, and is otherwise in the interests of justice; and good cause otherwise appearing,

    IT IS, this ____ day of _____ 2006, hereby

    ORDERED that the motion be, and it hereby is, in all respects granted, and it is further

Dockets.Justia.com

ORDERED that BCR be, and it hereby is, granted leave to withdraw as counsel of record for defendant Jessica Cutler in this action.

 

Paul L. Friedman
United States District Judge


Copies to:

Thomas E. Wilson, Esq.
Alexander C. Vincent, Esq.
Jason A. McClurg, Esq.
Berliner, Corcoran & Rowe, L.L.P.
1101 17th Street, N.W., Suite 1100
Washington, D.C.  20036-4798
twilson@bcr-dc.com, acv@bcr-dc.com, jam@bcr-dc.com

Jonathan Rosen, Esq.
1645 Lamington Road
Bedminster, New Jersey  07921-2701
xjonathan@mac.com

Miss Jessica Cutler
166 Second Avenue
Apartment 9M
New York, New York  10003-5728
jessicacutler@hotmail.com
me@jessicacutleronline.com

William H. Bode, Esq.
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C.  20036-4104
wbode@bode.com