UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
STEINBUCH                                        )
                                                 )
                 Plaintiff,                      )
                                                 ) CASE No. 01:05-CV-00970 (PLF)
                 v.                              )
CUTLER                                           )
                                                 )
                 Defendant.                      )
_____)

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S COUNSEL MOTION TO WITHDRAW**

Plaintiff has no objection to the withdrawal of counsel for Defendant. However, Plaintiff's counsel files this brief to respond to Defendant's counsel's misstatements. Monday, the undersigned attorney spoke to Cutler's attorney of record, Tom Wilson. When I informed Mr. Wilson of my desire to reschedule the oral argument due to the Jewish holiday of Passover, Mr. Wilson said "I'm O.K. with that." At the time that I spoke with Mr. Wilson he was, and indeed still is, counsel of record for Defendant.

Dated: March 15, 2006                           Respectfully Submitted,

                                                /Jonathan Rosen/
                                                Jonathan Rosen (NY0046)
                                                1200 Gulf Blvd., #1506
                                                Clearwater, FL 33767
                                                (908) 759-1116
                                                Attorney for Plaintiff