UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,

                      Plaintiff,

     - against -                     Case No. 1:05-CV-00970 (PLF)

JESSICA CUTLER,

                      Defendant.

### REPLY TO PLAINTIFF'S RESPONSE TO
### DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

BCR files this reply to Plaintiff's Response to Defendant's Counsel's Motion to Withdraw, filed March 15, 2006 ("Response"), in order to set the statements of plaintiff's counsel Jonathan Rosen, Esq., in their proper context.

Significantly, in the Response, Mr. Rosen does not deny the statement in the Motion to Withdraw that, <u>before</u> Mr. Rosen had filed plaintiff's Motion to Reschedule Oral Argument, defendant's former counsel Thomas Wilson, Esq., informed Mr. Rosen that BCR was no longer defendant Jessica Cutler's counsel and that William H. Bode, Esq., would be replacing BCR as her new counsel. Mr. Rosen also does not deny that Mr. Wilson had given him the contact information for Mr. Bode. Mr. Wilson may have indicated that he personally was "O.K." with rescheduling the oral argument to avoid conflicting with Passover. Nevertheless, the clear implication of Mr. Wilson's complete statement to Mr. Rosen was that BCR had no authority to consent to plaintiff's forthcoming motion to reschedule, and that Mr. Rosen therefore needed to consult with Mr. Bode.

Under the circumstances, Mr. Rosen's contention that Mr. Wilson's purported consent to plaintiff's Motion to Reschedule Oral Argument was somehow legally operative rises to the level of not being fully candid with the tribunal. *See* D.C. R. Prof. Conduct 3.3(a); Fed. R. Civ. P. 11(b)(3).

Dated: Washington, D.C.
       March 15, 2006

                                    BERLINER, CORCORAN & ROWE, L.L.P.

                                    Attorneys for Defendant

                    By:    /s/ Thomas E. Wilson
                            Thomas E. Wilson
                                  D.C. Bar No. 132704
                            Alexander C. Vincent
                                  D.C. Bar No. 472459
                            Jason A. McClurg
                                  D.C. Bar No. 491172

                            1101 17th Street, N.W.
                            Suite 1100
                            Washington, D.C.  20036-4798
                            Telephone:  (202) 293-5555
                            Fax:  (202) 293-9035
                            E-mail:    twilson@bcr-dc.com
                                            acv@bcr-dc.com
                                            jam@bcr-dc.com

**CERTIFICATE OF SERVICE**

        I hereby certify that, on this 15th day of March 2006, I caused a true and correct copy of the foregoing Reply to Plaintiff's Response to Defendant's Counsel's Motion to Withdraw to be served by first-class mail, postage prepaid, and electronic mail, addressed to:

> Miss Jessica Cutler
> 166 Second Avenue
> Apartment 9M
> New York, New York 10003-5728
> jessicacutler@hotmail.com
> me@jessicacutleronline.com
>
> William H. Bode, Esq.
> Bode & Grenier, L.L.P.
> 1150 Connecticut Avenue, N.W.
> Ninth Floor
> Washington, D.C. 20036-4104
> wbode@bode.com

                                            /s/ Alexander C. Vincent
                                            Alexander C. Vincent