UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ROBERT STEINBUCH,                           )
                                            )
          Plaintiff,                        )
                                            )
     v.                                     )   Civil Action No. 05-0970 (PLF)
                                            )
JESSICA CUTLER,                             )
                                            )
          Defendant.                        )
_____)

ORDER

Counsel for the plaintiff has filed a motion to withdraw from this case pursuant to Local Civil Rule ("LCvR") 83.6(c). Plaintiff's counsel indicate in their motion that the plaintiff has informed them that she has retained new counsel. At this time, no new counsel has entered an appearance on the record for the plaintiff. The Court does not intend to rule on counsel's motion to withdraw unless and until new counsel enters an appearance on behalf of the plaintiff, or the plaintiff notifies the Court in writing that she intends to represent herself.

A hearing on plaintiff's pending motion to dismiss is scheduled for April 4, 2006. If the Court has not granted the motion to withdraw before April 4, 2006 (subject to the conditions above), plaintiff's current counsel of record is expected to appear for the hearing.

SO ORDERED.

                                  _____/s/_____
                                  PAUL L. FRIEDMAN
DATE: March 23, 2006              United States District Judge