AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | ) | |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                      (Attorney's Name)

case for:_____
                (Name of party or parties)


_____            _____
Date                                    Signature

                                        _____
_____            Print Name
BAR IDENTIFICATION
                                        _____
                                        Address

                                        _____
                                        City        State      Zip Code

                                        _____
                                        Phone Number