A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER |
| Defendant(s) | ) ) ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____  as counsel in this
                                      (Attorney's Name)

case for:_____
                           (Name of party or parties)


_____          _____
Date                                   Signature

                                      _____
_____           Print Name
BAR IDENTIFICATION
                                      _____
                                       Address

                                      _____
                                       City        State      Zip Code

                                      _____
                                       Phone Number