UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH<br><br>Plaintiff,<br><br>v.<br><br>JESSICA CUTLER,<br><br>Defendants. | Case No. 1:05-CV-00970<br>(PLF) |

NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to LCvR 83.6, please take notice that John Umana, Esq. will appear as counsel for the Defendant.

Please note that William H. Bode and the law firm of Bode & Grenier LLP hereby withdraw as counsel of record with approval of their client.

By: _____
John Umana #953182
6641 32d Street, N.W
Washington, D.C. 20015
(202)-244-7961
jumanabeth@aol.com

_____
William H. Bode, #113308
Bode and Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
(202)-828-4100
wbode@bode.com

Approved:

___s/signed_____
Jessica Cutler

STEINBUCH v. CUTLER                                                                                         Doc.