UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINBUCH )  | |
| ) | |
| Plaintiff, ) | |
| ) CASE No. 01:05-CV-00970 (PLF) | |
| v. ) | |
| CUTLER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO CONTINUE THE FILING OF THE JOINT REPORT

Given the upcoming Jewish holiday of Passover and obligations of Plaintiff's counsel and Plaintiff, Plaintiff respectfully requests that the date by which the joint report be filed be continued to May 8, 2006. Defendant consents to this motion.

Dated: April 7, 2006                Respectfully Submitted,

/Jonathan Rosen/
Jonathan Rosen (NY0046)
1200 Gulf Blvd., #1506
Clearwater, FL 33767
(908) 759-1116
Attorney for Plaintiff

Dockets.Justia.com