UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA CUTLER, )<br>)<br>Defendant. )<br>) | Case No. 1:05-CV-970 (PLF)<br>Judge Paul L. Friedman |

### NOTICE OF DEPOSITION

To:   Jonathan Rosen, Esq.
      1200 Gulf Blvd., #1506
      Clearwater, Florida 33767
      Counsel for Plaintiff

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ. P. 30, defendant Jessica Cutler, through her undersigned counsel, will conduct the deposition upon oral examination of plaintiff Robert Steinbuch before an officer duly authorized to administer oaths, at 1120 19th Street, N.W., suite 750, Washington, DC 20036. The deposition will be conducted on Monday, May 8, 2006, commencing at 10:00 a.m. and will continue from day to day until completed. The deposition shall be recorded by stenographic means, and may be videotaped.

The deposition may be used for all purposes allowable under the Federal Rules of Civil Procedure including discovery and use at trial.

You are invited to attend and cross-examine.

      Respectfully submitted,

      ___/s/_____

      John Umana
      D.C. Bar # 953182
      6641 32nd Street, NW
      Washington, D.C.  20015
      (202) 244-7961
      Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I, John Umana, certify that on April 7, 2006, I served a copy of Plaintiff's Notice of Deposition through the Court's ECF system upon the following:

Jonathan Rosen, Esq.
1200 Gulf Blvd., #1506
Clearwater, Florida 33767
Counsel for Plaintiff

      /s/
      _____
      John Umana #953182