UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEINBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0970 (PLF) |
| ) | |
| JESSICA CUTLER, ) | |
| ) | |
| Defendant. ) | |

SCHEDULING ORDER

Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be made by July 10, 2006.

2. Discovery shall be completed by October 16, 2006. Counsel must resolve all discovery disputes or bring them to the attention of Magistrate Judge John Facciola in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4. Each party is limited to a maximum of 10 depositions. If either party wishes to take any additional depositions, that party must seek approval of Magistrate Judge John Facciola. The parties have indicated that they disagree on the manner of recording depositions, i.e., videotape vs. transcription. See Fed. R. Civ. P. 30(b)(2). The Court takes no position on the

Dockets.Justia.com

issue at this time, but invites the parties to try to resolve this dispute. If they are unable to do so, counsel may file an appropriate motion with Magistrate Judge Facciola, if necessary.

      5.      The parties waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

      6.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by August 15, 2006.

      7.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by September 15, 2006.

      8.      Depositions of each party's retained experts shall be completed by October 15, 2006.

      9.      Dispositive motions shall be filed on or before November 15, 2006; oppositions by December 15, 2006; and replies, if any, by January 15, 2007.

      10.      Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the attention of Magistrate Judge Facciola Either by telephone conference or by motion. Magistrate Judge Facciola will determine how he wishes to proceed.

      11.      Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

12. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

13. Counsel are further reminded to comply with all Local Civil Rules of this Court and Appendix B to those Rules – the D.C. Bar Voluntary Standards for Civility in Professional Conduct – as previously directed in this Court's April 14, 2006 Memorandum Opinion and Order.

14. The parties have stated that they wish the Court to enter a protective order in this case. They are directed to submit a joint proposed directive order to the Court.

15. The stay imposed by this Court in its April 14, 2006 Memorandum Opinion and Order is hereby lifted.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 19, 2006