UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROBERT STEINBUCH,                   )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )   Civil Action No. 05-0970 (PLF)
                                    )
JESSICA CUTLER,                     )
                                    )
      Defendant.                    )
_____)

## ORDER

On April 5, 2006, the parties came before the Court for a motions hearing. At that hearing the Court informed the parties that it was referring this action to a magistrate judge for management and resolution of all discovery-related issues. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge John M. Facciola for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Facciola following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

                                                                                 _____/s/_____
                                                                                 PAUL L. FRIEDMAN
                                                                                 United States District Judge

DATE: May 19, 2006

Dockets.Justia.com