UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA CUTLER, )<br>)<br>Defendant. )<br>) | Case No. 1:05-CV-970 (PLF)<br>Judge Paul L. Friedman |

### DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

John Umana, Law Office of John Umana, successor counsel to defendant who appeared in this action on April 3, 2006, hereby moves for entry of an order pursuant to LCvR 83.6(c ), granting him leave to withdraw as counsel for the defendant. The grounds for the motion are that defendant has not paid fees to undersigned counsel.

Should the situation change, undersigned would consider further representation of the defendant. Undersigned provided the requisite Notice, pursuant to LCvR 83.6(c ), to defendant on May 12, 2006 and herein.

Respectfully submitted,

/s/
John Umana (D.C. Bar #953182)
Law Office of John Umana
6641 32nd Street, NW
Washington, D.C. 20015
(202) 244-7961

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, I served a true and correct copy of defendant's counsel's motion to withdraw, via ECF upon:

Jonathan Rosen, Esq.
1200 Gulf Blvd., #1506
Clearwater, Florida 33767
Counsel for Plaintiff

and via email and regular mail upon:

Ms. Jessica Cutler
166 2nd Avenue, Apt. # 9M
New York, New York 10003

Pursuant to LCvR 83.6(c ), I hereby certify that I have served upon defendant a copy of this motion to withdraw and a Notice advising defendant to obtain other counsel, or if she intends to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk, United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001, in writing within five (5) days of service of this motion.

_____
John Umana #953182