UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA CUTLER, )<br>)<br>Defendant. )<br>_____) | Case No. 1:05-CV-970 (PLF)<br>Judge Paul L. Friedman |

ORDER

Upon consideration of the motion of defendant's counsel, John Umana, Esq., Law Office of John Umana, to withdraw, the premises considered, it is this ____ day of May 2006, hereby

ORDERED, that Mr. Umana's motion to withdraw his appearance on behalf of defendant Jessica Cutler is hereby GRANTED.

_____
Judge Paul L. Friedman
United States District Judge

Copies:

John Umana, Esquire
6641 32nd Street, NW
Washington, D.C.  20015

Jonathan Rosen, Esquire
1200 Gulf Blvd., #1506
Clearwater, Florida 33767

Ms. Jessica Cutler
166 2nd Avenue, Apt. # 9M
New York, New York 10003