UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-970 (PLF) |
| ) | Judge Paul L. Friedman |
| JESSICA CUTLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of the motion of Jessica Cutler to dismiss for Plaintiff's failure to meet the amount in controversy requirement, plaintiff's response and the premises considered, it is this ____ day of June 2006, hereby

ORDERED, that defendant's motion to dismiss on account of Plaintiff's failure to meet the $75,000 amount in controversy requirement under 28 U.S.C. Section 1332, is hereby GRANTED; and it is,

FURTHER ORDERED, that the district court lacks subject matter jurisdiction, and this case is hereby DISMISSED.

Judge Paul L. Friedman
United States District Judge

Dockets.Justia.com

Copies:

John Umana, Esquire
6641 32nd Street, NW
Washington, D.C.  20015

Jonathan Rosen, Esquire
1200 Gulf Blvd., #1506
Clearwater, Florida 33767

Ms. Jessica Cutler
166 2nd Avenue, Apt. # 9M
New York, New York 10003

- 2 -