UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSICA CUTLER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:05-CV-970 (PLF) <br> Judge Paul L. Friedman |

ORDER

Upon consideration of the motion of Jessica Cutler for a protective order staying discovery under Rule 26(c) of the Federal Rules of Civil Procedure, plaintiff's response and the premises considered, it is this ____ day of June 2006, hereby

ORDERED THAT defendant's motion for a protective order staying Plaintiff's discovery pending determination of defendant's motion to dismiss for lack of subject matter jurisdiction, is hereby GRANTED.

_____

Judge Paul L. Friedman
United States District Judge

- 2 -

Copies:

John Umana, Esquire
6641 32nd Street, NW
Washington, D.C.  20015

Jonathan Rosen, Esquire
1200 Gulf Blvd., #1506
Clearwater, Florida 33767