UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ROBERT STEINBUCH,                       )
                                        )
         Plaintiff,                     )
                                        )
    v.                                  )   Civil Action No. 05-0970 (PLF)
                                        )
JESSICA CUTLER,                         )
                                        )
         Defendant.                     )
_____)

ORDER

On May 22, 2006, counsel for the defendant filed a motion to withdraw from this case pursuant to Local Civil Rule ("LCvR") 83.6(c), citing defendant's failure to pay attorneys' fees. In accordance with LCvR 83.6, counsel's motion to withdraw is accompanied by a certificate of service listing the defendant's last known address and stating that the attorney has served upon the defendant a copy of the motion to withdraw and a notice advising her to obtain other counsel, or if she intends to conduct the case *pro se* or to object to the withdrawal, to notify the Clerk of this Court within five days of the motion.

As of this date, the Court has received no notification from the defendant expressing either her intent to conduct the case *pro se* or objecting to the withdrawal, nor any other communication from the defendant personally. Accordingly it is hereby

ORDERED that on or before July 7, 2006, defendant Jessica Cutler must personally respond in writing to her counsel's motion to withdraw and/or advise the Court of her retention of new counsel or her intention to proceed *pro se*.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 23, 2006


cc:     Jessica Cutler
        166 2nd Avenue, Apt. #9M
        New York, NY 10003