UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT STEINBUCH, )
)
Plaintiff, )
)
v. )  Case No. 1:05-CV-970 (PLF)
)  Judge Paul L. Friedman
JESSICA CUTLER, )
)
Defendant. )
)

ORDER

Upon consideration of the motion of Jessica Cutler for a protective order staying discovery under Rule 26(c) of the Federal Rules of Civil Procedure, plaintiff's response and the premises considered, it is this 29' day of June 2006, hereby

ORDERED THAT defendant's motion for a protective order staying Plaintiff's discovery pending determination of defendant's motion to dismiss for lack of subject matter jurisdiction, is hereby GRANTED.

Judge Paul L. Friedman
United States District Judge

Copies:

John Umana, Esquire
6641 32nd Street, NW
Washington, D.C. 20015

Jonathan Rosen, Esquire
1200 Gulf Blvd., #1506
Clearwater, Florida 33767