UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEINBUCH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0970 (PLF) |
| JESSICA CUTLER, | ) |
| Defendant. | ) |

ORDER

On May 22, 2006, counsel for the defendant John Umana, Esq. filed a motion to withdraw from this case pursuant to Local Civil Rule ("LCvR") 83.6(c), citing defendant's failure to pay attorneys' fees. On June 23, 2006, this Court ordered defendant Jessica Cutler to respond personally in writing to her counsel's motion to withdraw and/or advise the Court of her retention of new counsel or her intention to proceed *pro se*. The Court has received a letter from Ms. Cutler stating that she consents to Mr. Umana's withdrawal from this case and that she is currently seeking new counsel. Ms. Cutler further requests a temporary stay in these proceedings to permit her time to find counsel. Accordingly it is hereby

ORDERED that John Umana, Esq.'s motion to withdraw as plaintiff's counsel [28] is GRANTED; it is

FURTHER ORDERED that the proceedings in this case are STAYED pending further order of the Court, including defendant's response to plaintiff's July 9, 2006 motion for leave to file an amended complaint; and it is

FURTHER ORDERED that if new counsel has not entered an appearance on behalf of the defendant on or before August 14, 2006, Ms. Cutler shall personally and in writing advise the Court by that date of the status of her efforts to seek new counsel and whether she plans to proceed on her own.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 11, 2006

cc:  Jessica Cutler
     166 2nd Avenue, Apt. #9M
     New York, NY 10003