Jessica Cutler
166 2nd Avenue, 9M
New York, New York  10003

**VIA OVERNIGHT DELIVERY**

July 2, 2006

Clerk
U.S. District Court
333 Constitution Avenue, NW
Washington, D.C.  20001

*[handwritten annotation: Let this be filed / JLF / 7/11/06]*

Re:  Case 1:05-cv-00970-PLF-JMF STEINBUCH v. CUTLER

To the Honorable Judge Friedman:

    Pursuant to your request, this letter advises the Court that I consent to the withdrawal of my counsel, John Umana, Esq., from representing me in the above-referenced matter.  Accordingly, I hereby consent to counsel's Motion to Withdraw from representation.  While it is my desire to retain new counsel in this matter, financial concerns have precluded such engagement thus far.  I am still actively pursuing new counsel, as I do not wish to proceed *pro se*.

    Please be advised that all pleadings submitted to the Court by Mr. Umana on my behalf have been filed with my prior review and consent, and I appreciate his representation.  These pleadings are as follows:

- My April 7, 2006 Answer to the Complaint

- The May 4, 2006 Joint Report

- A May 22, 2006 Motion to Withdraw;

- A June 2, 2006 Motion to Dismiss for lack of subject matter jurisdiction;

- A June 12, 2006 Reply in conjunction with the June 2, 2006 Motion to Dismiss;

- A June 13 Motion for Stay of Discovery; and

- A June 23, 2006 Reply Brief in support of the Motion for Stay of Discovery.

      Because I am still actively engaged in a search for new counsel, I hereby request that the court temporarily stay all proceedings until new counsel can be retained.

      Respectfully submitted,

*[signature]*

      Jessica Cutler

cc:    John Umana, esq.
        Jonathan Rosen, esq.