AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROBERT STEINBUCH

    Plaintiff(s)    )
             )  **APPEARANCE**
             )
      vs.     )  CASE NUMBER   1:05-cv-00970 (PLF)
JESSICA CUTLER    )
             )
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __John R. Ates__  as counsel in this
                (Attorney's Name)

case for: __Jessica Cutler__
      (Name of party or parties)

__8/7/06__
Date

__441084__
BAR IDENTIFICATION

__/s/ John R. Ates__
Signature

John R. Ates
Print Name

2200 Clarendon Blvd., Suite 1201
Address

Arlington, VA 22201
City  State  Zip Code

703-312-0410
Phone Number

Dockets.Justia.com