UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEINBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-00970 (PLF) |
| ) | Judge Paul L. Friedman |
| JESSICA CUTLER, ) | |
| ) | |
| Defendant ) | |

### CONSENT MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), I move that Matthew C. Billips be admitted to practice in the United States District Court for the District of Columbia, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that, in compliance with Local Civil Rule 83.2(c), I will sign all pleadings and other papers which are signed and filed by said attorney.

Pursuant to Local Civil Rule 83.2(d), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.

Pursuant to Local Civil Rule 7(m), I hereby certify that I contacted counsel for Plaintiff, and he consents to the motion and appearance of Matthew C. Billips as counsel for Defendant in this case.

Finally, undersigned counsel also notes that he and Mr. Billips have reviewed this Court's April 14, 2006 Memorandum Opinion and Order regarding the instruction to be civil and professional despite the nature of the suit between the parties, and counsel will act in accordance

Dockets.Justia.com

with the "D.C. Bar Voluntary Standards for Civility in Professional Conduct," as attached to the Local Civil Rules.

   Respectfully submitted this day, August 7th, 2006.


                                   _____/s/_____
                                   John R. Ates, DC Bar No. 441084
                                   Albo & Oblon, LLP
                                   2200 Clarendon Blvd., Suite 1201
                                   Arlington, Virginia 22201
                                   703-312-0410
                                   703-312-0415 (facsimile)

                                   Counsel for Defendant Jessica Cutler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH,<br><br>    Plaintiff,<br><br>v.<br><br>JESSICA CUTLER,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-00970 (PLF)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>) |

ORDER GRANTING CONSENT MOTION
FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Consent Motion For Leave To Appear Pro Hac Vice filed by Matthew C. Billips on August 7th, 2006, and for good cause shown, the Court finds that said motion should be sustained and that Matthew C. Billips should be and hereby is admitted to practice in the United States District Court for the District of Columbia for purposes of this case only.

    Dated this ____ day of _____, 2006.


                                                              _____
                                                              HON. PAUL L. FRIEDMAN
                                                              UNITED STATES DISTRICT JUDGE

Copies to:
Jonathan S. Rosen
1200 Gulf Boulevard
Suite 1506
Clearwater, FL 33767
Counsel for Plaintiff Robert Steinbuch

John R. Ates
Albo & Oblon, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, Virginia 22201

Matthew C. Billips, *pro hac vice*
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308

Counsel for Defendant Jessica Cutler