UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH, )
)
    Plaintiff, )
)
v. )  Case No. 1:05-CV-970 (PLF)
)  Judge Paul L. Friedman
JESSICA CUTLER, )
)
    Defendant )
_____)

### DECLARATION OF MATTHEW C. BILLIPS
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

AND NOW, this 3rd day of August, I, Matthew C. Billips, hereby certify, under penalty of perjury in accordance with 28 U.S.C. § 1746:

1. My full name is: Matthew C. Billips

2. I practice under the following firm name or letterhead: Matthew C. Billips

    Name: Miller & Billips, LLC

    Address: 730 Peachtree Street, Suite 750, Atlanta, Georgia 30328

    Telephone Number: (404) 969-4101 (Office No.)

    Fax: (404) 969-4141

    Email address: mbillips@mbalawfirm.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| TN Supreme Court | October 1998 | 013161 |
| All Courts in Georgia | December, 1989 | 057110 |
| U.S.D.C. Northern District Georgia | 1990 | 057110 |

| Court | Date | Bar # |
|---|---|---|
| U.S.D.C. Middle District Georgia | | 057110 |
| U.S. Court Appeals (Eleventh Circuit) | 1994 | 057110 |
| U.S. Court of Appeals (Fourth Circuit) | April, 1998 | 057110 |
| U.S. Supreme Court | August, 2003 | 057110 |

4. I have never been disciplined, disbarred or suspended from the practice of law by any Federal, State or Municipal Court, or any Federal, State or Municipal Department, Bureau, Commission, Office, or Agency of any kind;

5. That I do not regularly practice law in the District of Columbia, do not have an office in the District of Columbia, and have not been admitted to practice in the District of Columbia *pro hac vice* at any time in the past two years;

6. That if admitted to practice, I will conduct myself as an attorney and counselor of this Court, uprightly and according to law.

This 3rd day of August, 2006.

*/s/ MATTHEW C. BILLIPS*

Miller & Billips, LLC
730 Peachtree St.
Suite 750
Atlanta, Ga. 30308]
(404) 969-4101
(404) 969-4141 (fax)
mbillips@mbalawfirm.com

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Matthew Carl Billips
Matthew C. Billips, Esq.
730 Peachtree Street, Suite 750
Atlanta, GA 30308

**CURRENT STATUS:** Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:** 12/08/1989

**Attorney Bar Number:** 057110

Today's Date: August 1, 2006

Listed below are the disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
-Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
-Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
-Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*Toni Peterson*

Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435