UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH, )
)
Plaintiff, )
)
v. ) Case No. 1:05-cv-00970 (PLF)
) Judge Paul L. Friedman
JESSICA CUTLER, )
)
Defendant )

**EXHIBIT B TO:**

**DEFENDANT'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND COMPLAINT
AND DEFENDANT'S REQUEST FOR LEAVE
TO SUPPLEMENT PLAINTIFF'S MOTION TO DISMISS**

### CONDENSED VERSION – ALL-WORD INDEX
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - -x
                              :
ROBERT STEINBUCH,             :
                              :
                              :
         Plaintiff            :
                              :
    v.                        :   Civil Action No.
                              :   1:04-CV-00188RMC
                              :
ROBERT KAPELL                 :
                              :
                              :
         Defendant            :
                              :
- - - - - - - - - - - - - - -x
```

Tuesday, September 14, 2004
Washington, D.C.

Deposition of

### ROBERT ETHAN STEINBUCH

the plaintiff, called for examination by counsel for the defendant, pursuant to notice, held at Bradford Associates, 1050 17th Street, N.W.; Suite 600, Washington, D.C., beginning at 9:33 a.m., before Patricia A. Edwards, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:



WASHINGTON, DC:
1050 17th Street, NW
Suite 600
Washington, DC 20036
TEL 202-833-3399

MARYLAND:
51 Monroe Street
Suite 1401
Rockville, MD 20850
TEL 301-762-1606

VIRGINIA:
2111 Wilson Boulevard
Suite 700
Arlington, VA 22201

PLEASE RESPOND TO:
2622 N. Fairfax Drive
Arlington, VA 22201
TEL 703-525-8251
FAX 703-525-3212
TOLL-FREE 1-877-718-1850
E-MAIL bdr_assoc@aol.com

**BRADFORD**
ASSOCIATES
*Exceptional Service in Court Reporting and Litigation Support*

Case 1:05-cv-00970-PLF-JMF Document 42-3 Filed 08/15/2006 Page 3 of 3 p.85
Case 1:04-cv-00188-RMC-AK Document 38-2 Filed 06/06/2006 Page 85 of 114

145

1   you have any facts to support that?
2     A   Well, I mean, the first thing is, I
3   don't think people stop thinking about these
4   issues when someone leaves, so I think people
5   continued to communicate even after I left.
6   Also the letter the clearance appears, based
7   on our conversation earlier today, to have
8   been after I left. So it appears that people
9   are talking about this in one form or
10  another, even after I leave.
11    Q   What facts do you have that anybody
12  is talking about you, since you left the IRS,
13  other than that letter?
14    A   What facts, other than the letter,
15  none come to mind. I mean, the letter
16  certainly.
17    Q   What is your current professional
18  reputation, as far as you know?
19    A   In the Senate?
20    Q   Yes.
21    A   I think it is good.
22    Q   Do you have any evidence to suggest