UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESSICA CUTLER, )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-00970 (PLF)<br>Judge Paul L. Friedman |

## ORDER AND JUDGMENT

Upon consideration of [29] the motion of Defendant Jessica Cutler to dismiss for lack of subject matter jurisdiction, Plaintiff's response, and all other papers submitted in support or opposing such motion, it is this _____ day of _____ 2006, hereby

ORDERED, that Defendant's motion to dismiss on account of Plaintiffs failure to meet the $75,000 amount in controversy requirement under 28 U.S.C. Section 1332, is hereby GRANTED for the reasons stated in [42] Defendant's Opposition to Plaintiff's Motion to Amend complaint; it is

FURTHER ORDERED, that the there is a legal certainty that the Court lacks subject matter jurisdiction, and this case is hereby DISMISSED without prejudice; and it is

FURTHER ORDERED that [37] Plaintiff's Motion for Leave to Amend is DENIED as moot; it is

FURTHER ORDERED that this case shall be DISMISSED from the docket of this Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED

_____

PAUL L. FRIEDMAN
United States District Judge

DATE: _____, 2006

Copies to:

Jonathan Rosen, Esquire
1200 Gulf Blvd., *1506*
Clearwater, Florida 33767
Counsel for Plaintiff

John R. Ates, Esq., DC Bar No. 441084
ALBO & OBLON,, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201

Matthew C. Billips, Esq.
Georgia Bar No. 057110, *pro hac vice* motion pending
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308