UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINBUCH ) | |
| ) | |
| Plaintiff, ) | |
| ) CASE No. 01:05-CV-00970 (PLF) | |
| v. ) | |
| CUTLER ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE FROM THIS COURT'S STAY
TO FILE THE ACCOMPANYING REPLY BRIEF TO
DEFENDANT'S FILED OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**

On July 11, 2006, this Court ordered: "the proceedings in this case are STAYED pending further order of this Court, including defendant's response to plaintiff's July 9, 2006 motion for leave to file an amended complaint." July 11, 2006 Order (Document # 38 on this Court's docket) (capitalization in original). On August 10, 2006, notwithstanding this Court's Order, Defendant filed a Brief in Opposition to Plaintiff's Motion to Amend along with additional material. Plaintiff seeks leave from this Court's stay to file the attached reply to Defendant's opposition brief that was filed during the stay. The undersigned counsel called Defendant's counsels on August 16, 2006 to inquire as to whether they consent to this Motion, but was unable to reach them. The undersigned counsel left messages for Defendant's counsels (voicemail and email).

Dockets.Justia.com

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Leave.

Dated: August 16, 2006

*/s/ Jonathan Rosen*
Jonathan Rosen (NY0046)
1645 Lamington Rd.
Bedminster, NJ  07921
(908) 759-1116
Attorney for Plaintiff