Affirmation of Alyssa Eidelberg Rosen

Pursuant to 28 U.S.C. § 1746, I declare:

1. I am an attorney and professional author of legal treatises and books.
2. On or about May 18, 2004, I read Jessica Cutler's "Washingtonienne" blog.
3. The Cutler's blog contains explicit, salacious, graphic, and extremely offensive content.
4. The X-rated blog was accessible and open to the general public, not password protected, nor protected by other security methods, and was available for anyone with access to the Internet to read.
5. The X-rated blog appeared on one single web-page. I read the X-rated blog as a whole evolving story and in its entirety.
6. As I read the X-rated blog, it revealed hints as to Rob's identity as the individual initially denominated in the blog as "RS."
7. The X-rated blog, however, did not confirm Rob's identity with certainty until I read the portion labeled "May 18." In that portion, Cutler for the first time identified Rob by his name, "Rob." It was at this point that Rob's identity in the blog was, for the first time, confirmed with certainty for me. Absent this information, I do not think that Rob's identity would have been discernible in the blog with certainty.
8. Rob suffered significant damage as a result of the private intimate facts revealed in Cutler's X-rated blog entry labeled "May 18" because it revealed Rob's identity with certainty.
9. I co-author a legal treatise entitled *Colorado Causes of Action – Elements, Defenses, Remedies, and Forms* published by Bradford Publishing Co., a well established legal publishing company founded in 1881.
10. I know Rob both professionally and personally for more than fifteen years.
11. After the above-mentioned book was published, Rob approached me regarding his writing a book review of my recent publication.
12. I informed my publisher, Bradford Publishing Co., that Rob, who was at that time a Professor at a law school, was interested in writing and publishing a book review of our text.
13. The Managing Editor of Bradford Publishing Co. informed me that Bradford was not interested in Professor Steinbuch writing a book review because of the Cutler X-rated blog.
14. The Managing Editor of Bradford Publishing Co. told me that Bradford did not want to have any association whatsoever with Professor Rob Steinbuch because Bradford, independently and with out my prior knowledge, did an Internet search on Rob's name and found the Cutler blog.
15. Bradford Publishing Co. was so opposed to any contact with Professor Steinbuch that they even refused to provide Professor Steinbuch with a copy of my book, and a book review of my book was never written or published.

16. I, unfortunately, am reluctant to work with Rob as a co-author of a new publication because of the damage that his reputation suffered as a result of the Cutler blog. Legal publishers will be less likely to accept a manuscript for publication with Rob's name as an author because of the Cutler blog.
17. Rob professional reputation in the legal publishing community was significantly damaged by Cutler's X-rated blog.
18. Rob's personal and social reputation was severely damaged by the intimate private facts revealed in Cutler's blog. I have met and know women who have dated Rob prior to Cutler publicizing her X-rated blog. Women would be less inclined to date or become socially involved with Rob because of Cutler's X-rated blog.
19. I know that Cutler and others published a book invading Rob's privacy that caused Rob further significant harm.

_____
Alyssa Eidelberg Rosen