Affirmation of Robert Steinbuch

Pursuant to 28 U.S.C. § 1746, I declare:

1. I worked in the United States Senate as a committee staff attorney.
2. After working with other staff members, I believe that I developed an excellent reputation in the Senate.
3. On May 18, 2004, I discovered the existence of, and read, Jessica Cutler's actual "Washingtonienne" blog.
4. Specifically, on May 18, 2004, my colleague told me about the blog and said: "Someone that you're dating wrote an intimate blog about you. She used your name in it."
5. The blog was one single web-page.
6. In reviewing the single web-page, I read one whole evolving story.
7. As I read the blog, it gave hints as to my identity as the individual initially denominated in the blog as "RS."
8. However, the blog did not confirm my identity until its very end, in the section labeled "May 18." In that section, Jessica Cutler for the first time identified me by name. Absent this information, I do not think that my identity would have been discernible in the blog. Indeed, I received numerous phone calls from various people, many whom I did not know, telling me that they were able to identify me from the use of my name Rob in the blog.
9. The blog invaded my privacy by disclosing my private facts and by portraying me in a false light.
10. The invasions of privacy resulting from the blog caused me significant emotional distress and physical pain for which I sought medical treatment. I have suffered from lost appetite, lost weight, nausea, vomiting, insomnia, stress, anxiety, feelings of violation and mortification, humiliation, embarrassment, mental distress and anguish, feelings of degradation, feelings of scorn, feelings of ridicule and shunning by people in the community, nightmares, shame, headaches, and other ailments.
11. I have been ostracized. One friend refused to talk to me as a consequence of the blog.

12. I believe that my <u>professional reputation in the Senate</u>, while falling from its excellent level, did not fall below a good level because my co-workers knew me well.
13. In contrast, however, my professional reputation <u>outside the Senate</u>, and my personal reputation, was <u>severely</u> impacted.
14. As I applied for jobs <u>outside the Senate</u>, <u>every</u> prospective employer raised the issue of the blog – all <u>before</u> I filed the instant lawsuit. Prior to the filing of this action, prospective employers specifically told me that the blog hurt my chances to gain employment, and a Dean of a law school informed me that the blog prevented me from getting employment as a law professor at his law school.
15. I spoke to Jessica Cutler after May 18, 2004. I asked Jessica Cutler why she would use my name in her blog. At that point, Jessica Cutler specifically told me that she routinely edited her entire blog – suggesting that she might have taken my name out of the blog at a later point.
16. Instead of trying to minimize the harm to me, Jessica Cutler and others affirmatively acted to further invade my privacy by publishing a book that did further invade my privacy that caused me additional and separate harm, which is the subject of a separate legal proceeding.

_____
Robert Steinbuch

2