UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JESSICA CUTLER,  )<br>  )<br>    Defendant  )<br>_____  ) | Case No. 1:05-CV-970 (PLF) (JMF)<br>Judge Paul L. Friedman<br>Magistrate Judge John M. Facciola |

### DEFENDANT'S MOTION FOR LEAVE
### TO FILE FORTY NINE PAGE
### MOTION TO DEEM RULE 36 REQUESTS ADMITTED,
### MOTION TO COMPEL DISCOVERY,
### AND ALTERNATIVE MOTION TO PRECLUDE EVIDENCE
### AND INCORPORATED MEMORANDUM OF LAW

Due to the overwhelmingly obstructive responses to discovery provided by Plaintiff, Defendant has been forced to file a Motion to Deem Rule 36 Requests Admitted, Motion to Compel Discovery, and Alternative Motion to Preclude Evidence and Incorporated Memorandum of Law. Because of the interrelated nature of these Motions, they were filed as one document.

Under the Local Rules of the District Court for the District of Columbia , Rules 26.2(d) and 30.4, a party who is filing a motion to compel discovery "shall identify and quote each interrogatory or request in full immediately preceding the answer, response or objection thereto." This requirement necessarily contributes substantially to the length of the Motion in question. In this case, the Defendant's Motion, as drafted, is 49 pages in length, 4 pages in excess of the requirements of Local Rule 7.1(e). A Proposed Order is filed herewith.

Respectfully submitted this 10th day of September, 2006.

/s/ Matthew C. Billips
Matthew C. Billips
Georgia Bar No. 057110
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308
ph: (404) 969-4101
fax: (404) 969-4141
mbillips@mbalawfirm.com

**COUNSEL FOR DEFENDANT**
**JESSICA CUTLER**

/s/ John R. Ates
John R. Ates, Esq.,

ALBO & OBLON, LLP
2200 Clarendon Blvd. Suite 1201
Arlington, VA 22201
jra@albo-oblon.com

**LOCAL COUNSEL**

## CERTIFICATION

Pursuant to LCvR 7(m), counsel for Defendant conferred with counsel for Plaintiff regarding this motion, by email, and has not yet received a response as to whether this Motion will be opposed.

Respectfully submitted this 10th day of September, 2006.

/s/ Matthew C. Billips
Matthew C. Billips
Georgia Bar No. 057110
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308
ph: (404) 969-4101
fax: (404) 969-4141
mbillips@mbalawfirm.com

**COUNSEL FOR DEFENDANT
JESSICA CUTLER**

/s/ John R. Ates
John R. Ates, Esq.,

ALBO & OBLON, LLP
2200 Clarendon Blvd. Suite 1201
Arlington, VA 22201
jra@albo-oblon.com

**LOCAL COUNSEL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-970 (PLF) (JMF) |
| ) | Judge Paul L. Friedman |
| JESSICA CUTLER, ) | Magistrate Judge John M. Facciola |
| ) | |
| Defendant ) | |
| _____ ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Motion for Leave to File Forty Nine Page Motion to Deem Rule 36 Requests Admitted, Motion to Compel Discovery, and Alternative Motion to Preclude Evidence and Incorporated Memorandum of Law, the Court Grants such Motion for the reasons stated in the Motion. Accordingly, Defendant is permitted to exceed the page limitations set forth in Local Rule 7(e) by four pages.

SO ORDERED

_____
John M. Facciola
United States Magistrate Judge

DATE: _____, 2006

Copies to:

Jonathan Rosen, Esquire
1200 Gulf Blvd., #1506
Clearwater, Florida 33767
Counsel for Plaintiff

-5-

John R. Ates, Esq., DC Bar No. 441084
ALBO & OBLON,, LLP
2200 Clarendon Blvd., Suite 1201
Arlington, VA 22201

Matthew C. Billips, Esq.
Georgia Bar No. 057110
Admitted pro hac vice
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT STEINBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-970 (PLF) (JMF) |
| ) | Judge Paul L. Friedman |
| JESSICA CUTLER, ) | Magistrate Judge John M. Facciola |
| ) | |
| Defendant ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served a copy of "**Motion for Leave to File Forty Nine Page Motion to Deem Rule 36 Requests Admitted, Motion to Compel Discovery, and Alternative Motion to Preclude Evidence and Memorandum of Law In Support**" on defense counsel identified below by electronically filing a copy of same with the Clerk of Court by using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorneys of record:

Jonathan Rosen, Esq.  
1645 Lamington Road  
Bedminster, New Jersey 07921

Jonathan Rosen, Esq.  
1200 Gulf Blvd., 1506  
Clearwater, Florida 33767

This 10th day of September, 2006.

*S/ Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110

MILLER & BILLIPS, P.C.
730 Peachtree Street, Suite 750
Atlanta, Georgia 30308
(404) 969-4101
(404) 969-4141 (fax)
mbillips@mbalawfirm.com

-6-