# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROBERT STEINBUCH**                                                                    **PLAINTIFF**

**4:06-MC-00028-WRW**

**JESSICA CUTLER**                                                                       **DEFENDANT**

## ORDER

Plaintiff's Motion to Quash (Doc. No. 1) is DENIED; however, UALR is permitted to redact the names of student evaluators if it wishes to do so.

IT IS SO ORDERED this 20th day of September, 2006.

                                                /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE