# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT STEINBUCH**                                                                                                   **MOVANT**

**4:06-MC-00028 WRW**

**JESSICA CUTLER**                                                                                               **RESPONDENT**

## ORDER

Movant's Motion for Clarification (Doc. No. 10) is DENIED. The anonymous student evaluations are discoverable. Admissibility is another issue.

IT IS SO ORDERED this 2nd day of October, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE