STEINBUCH v. CUTLER                                                                                    Doc. 53 Att. 2

Case 4:06-cv-00970-FJM   Document 53-3   Filed 09/20/2006   Page 1 of 1
Case 4:06-mc-00028-WRW   Document 5   Filed 09/20/2006   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROBERT STEINBUCH**

**PLAINTIFF**

**4:06-MC-00028-WRW**

**JESSICA CUTLER**                                                                                      **DEFENDANT**

## ORDER

Plaintiff's Motion to Quash (Doc. No. 1) is DENIED; however, UALR is permitted to redact the names of student evaluators if it wishes to do so.

IT IS SO ORDERED this 20th day of September, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE