**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 3, 2006**

Mr. Jonathan S. Rosen
Attorney at Law
1645 Lamington Road
Bedminster, NJ 07921

Mrs. Beth M. Deere
Williams & Anderson, PLLC
111 Center Street
Suite 2200
Little Rock, AR 72201-2413
501-396-8815
Fax: 501-396-8835

Mr. Matthew C. Billips
Miller & Billips, LLC
730 Peachtree Street
Suite 750
Atlanta, GA 30308

     Re:    *Steinbuch v. Cutler*, 4:06-MC-00028

Dear Counsel:

Attached is a copy of the order I have entered regarding the recent discovery dispute.

I emphasize that I have directed that communication should be between and among counsel, not with a party. I made an exception to standard operating procedure when I allowed Plaintiff to argue his position during the recent telephone conference. In the future, I will expect Plaintiff's counsel to speak and write for him. As you will note in reading the attached order, I have, for the most part, accepted the precedent submitted by Mrs. Deere. I did so after carefully comparing it with the precedent submitted by Plaintiff.

                                                  Cordially,

                                                  /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc: Ms. Sara James