UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT STEINBUCH,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Case No. 1:05-CV-970 (PLF) (JMF)
                                     )    Judge Paul L. Friedman
JESSICA CUTLER,                      )    Magistrate Judge John M. Facciola
                                     )
        Defendant                    )
_____ )

## NOTICE OF CORRECTION REGARDING
## DOCKET NOS. 51, 52, AND 53

On October 10, 2006, Defendant filed the above-referenced pleadings and memoranda.

Defendant – through the error of counsel – mistakenly indicated that they were filed and served on

September 10, 2006, when they were actually filed and served on October 10, 2006.  Similarly, the

certificate of service for the notice of deposition for Plaintiff, served the same day, also reflected the

incorrect month.  The notice of deposition, however, accurately reflected the date of service of

October 10, 2006.

The undersigned counsel apologizes to the Court and counsel for these scriveners errors and

submits this notice to ensure that the matter is brought to the attention of the Court and counsel.

Dockets.Justia.com

Respectfully submitted this 11th day of **October**, 2006.

/s/ Matthew C. Billips
Matthew C. Billips
Georgia Bar No. 057110
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308
ph: (404) 969-4101
fax: (404) 969-4141
 mbillips@mbalawfirm.com

**COUNSEL FOR DEFENDANT
JESSICA CUTLER**

/s/ John R. Ates
John R. Ates, Esq.,

ALBO & OBLON, LLP
2200 Clarendon Blvd. Suite 1201
Arlington, VA 22201
jra@albo-oblon.com

**LOCAL COUNSEL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT STEINBUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-970 (PLF) (JMF) |
| | ) | Judge Paul L. Friedman |
| JESSICA CUTLER, | ) | Magistrate Judge John M. Facciola |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served a copy of "**NOTICE OF CORRECTION REGARDING DOCKET NOS. 51, 52, AND 53"** on defense counsel identified below by electronically filing a copy of same with the Clerk of Court by using the CM/ECF  System which will automatically send e-mail notification of such filing to the following attorneys of record:

Jonathan Rosen, Esq.                 Jonathan Rosen, Esq.
1645 Lamington Road               1200 Gulf Blvd., 1506
Bedminster, New Jersey 07921    Clearwater, Florida 33767

This 11th day of October, 2006.

                                    *S/ Matthew C. Billips*
                                    Matthew C. Billips
                                    Georgia Bar No. 057110

MILLER & BILLIPS, P.C.
730 Peachtree Street, Suite 750
Atlanta, Georgia 30308
(404) 969-4101
(404) 969-4141 (fax)
mbillips@mbalawfirm.com