STEINBUCH v. CUTLER                                                                                                     Doc. 56 Att. 7
Case 4:06-mc-00028-WRW   Document 16   Filed 10/02/2006   Page 1 of 1
Case 4:05-cv-00970-WRW   Document 56-8   Filed 10/12/2006   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT STEINBUCH**                                                                                       **MOVANT**

**4:06-MC-00028 WRW**

**JESSICA CUTLER**                                                                                         **RESPONDENT**

### ORDER

Movant's Motion for Clarification (Doc. No. 10) is DENIED.  The anonymous student evaluations are discoverable.  Admissibility is another issue.

IT IS SO ORDERED this 2nd day of October, 2006.

                                                      /s/ Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE

Dockets.Justia.com