# U·A·L·R

WILLAM H. BOWEN SCHOOL OF LAW
Office of the Dean



RECEIVED
JAN 26 2005

Dean's Office
UALR School of Law

January 4, 2005

Robert Steinbuch
4855 Crescent Street
Bethesda, MD 20816

Dear Rob:

Acting upon the recommendation of the School of Law faculty, and in compliance with University of Arkansas at Little Rock policies, I am pleased to offer you a tenure track position as Assistant Professor of Law at the University of Arkansas at Little Rock William H. Bowen School of Law. Your employment in this position will commence August 15, 2005. Your salary for academic year 2005-2006 will be $70,000. In addition, you will be eligible for the University benefits available to tenure track faculty at the School of Law. You will also receive a faculty travel and support budget of $4,000 for the 2005-2006 academic year, which you may use for research assistance, travel, bar fees, and other support. You will be eligible for summer support, whether for research or teaching, on the same basis as offered to other tenure track faculty at the School of Law.

Also acting upon the recommendation of the School of Law faculty, and in compliance with University of Arkansas at Little Rock policies, I am pleased to offer you a non-tenure track position as Visiting Assistant Professor of Law for the period June 1 – August 15, 2005, with a summer research assignment. Your salary for this position will be ~~$9,000~~. $12,000,-

The School of Law will reimburse you up to $6,000 to compensate for moving and related expenses actually incurred, including reasonable expenses you incur for a trip to our area to locate housing. We want to work with you to make your transition to the Law School a positive one.

Robert Steinbuch
January 4, 2005
Page 2

Please have the school from which you received your terminal degree send me a certified copy of your final transcript. I also request that you have the appropriate authority in any jurisdiction in which you are admitted to the practice of law send me a certificate of good standing. Receipt of these documents is necessary to complete your acceptance of this offer.

Please call if you have any questions.

                                             Very truly yours,

                                             Charles W. Goldner, Jr.
                                             Dean and Professor of Law

c: Dr. David O. Belcher, Provost

---

I accept this offer of employment with the University of Arkansas at Little Rock William H. Bowen School of Law.

Dated: January __, 2005

                                             Robert Steinbuch