# 631911 - Evidence - Robert Steinbuch - Fall 2005

Number of students who have evaluated this class - 17 out of a possible 79. There is 21.5 % turnout.

| Question Text | 1 | 1% | 2 | 2% | 3 | 3% | 4 | 4% | 5 | 5% | Avg | Standard Deviation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The professor is prepared for class. | 13 | 76.4% | 4 | 23.5% | 0 | 0% | 0 | 0% | 0 | 0% | 1.23 | 0.43 |
| The professor knows the subject matter of the course. | 11 | 64.7% | 6 | 35.2% | 0 | 0% | 0 | 0% | 0 | 0% | 1.35 | 0.49 |
| The professor speaks clearly and audibly. | 13 | 76.4% | 3 | 17.6% | 0 | 0% | 1 | 5.88% | 0 | 0% | 1.35 | 0.78 |
| The professor is interested in the course. | 13 | 76.4% | 4 | 23.5% | 0 | 0% | 0 | 0% | 0 | 0% | 1.23 | 0.43 |
| The professor presents the course material in an organized manner. | 11 | 64.7% | 2 | 11.7% | 2 | 11.7% | 1 | 5.88% | 1 | 5.88% | 1.76 | 1.25 |
| The professor treats students in a respectful manner in class. | 8 | 47.0% | 4 | 23.5% | 3 | 17.6% | 2 | 11.7% | 0 | 0% | 1.94 | 1.08 |
| The professor assists students in understanding legal problems and principles. | 10 | 58.8% | 4 | 23.5% | 2 | 11.7% | 1 | 5.88% | 0 | 0% | 1.64 | 0.93 |
| I have increased working knowledge of the subject area that was taught in this course. | 10 | 58.8% | 5 | 29.4% | 2 | 11.7% | 0 | 0% | 0 | 0% | 1.52 | 0.71 |
| The professor is available to students outside of class. | 9 | 52.9% | 2 | 11.7% | 5 | 29.4% | 1 | 5.88% | 0 | 0% | 1.88 | 1.05 |
| Considering that there area different styles and philosophies of teaching, I believe that this professor is an effective teacher. | 9 | 52.9% | 5 | 29.4% | 1 | 5.88% | 1 | 5.88% | 1 | 5.88% | 1.82 | 1.18 |

STEINBUCH v. CUTLER

Dockets.Justia.com

Doc. 60 Att. 4

## Comments

**What do you think the professor's strengths are?**

knowledge and interest in the course

he is an entertainng professor-his use of examples and previous experience keep the audience engaged.

Giving real world application to the issues we face in class.

he is excited about the course. He knows how to reach the students and teaches so we are interested and understand the material.

He has a lot of energy. Flirting with female students in class is not appropriate.

He is very knowledgeable and enthusiastic, and he's open-minded to students' ideas. (He never makes a student feel stupid for offering their input.)

enthusiasm and knowledge

Professor Steinbuch's teaching style is very fast-paced and entertaining. In fact, I'm least likely to get bored or fall asleep in his class and it's not due to the subject matter of the course. He also effectively supplements the reading and discussions with video clips which bring the subject matter to life and shifts the pace of the class at points when the material gets dry.

He has good relevant experience.

He seems energetic and excited about the course. He also has good personal experience to bring to the table

He is very organized, knows how to present the material in a concise manner and get right to the point. He is easy to listen to and great at answering student's questions. He gets right to the point!!! (I can't say that enough!)

**How do you think the professor could become more effective?**

Stop flirting with the female students, and treat everyone fairly. The favoritism is rather obvious.

Possibly incorporating more summarizes once we complete a section to give some kind of overview.

Follow the book more. Dont make students read a case and then not go over it in class.

Class participation could be scheduled. Students tend to be more prepared this way and it allows shy students the same chance to shine as more outgoing students. Using hypotheticals that go on for weeks gets extremely confusing. We seemed to spend lots of time on topics that were easy/obvious and no time on the hard stuff.

The attendance policy needs to be set out explicitly in the syllabus, for the benefit of those who don't pick up on the fact that their grade will be affected by their lack of participation.

I think the professor would be more effective if he kept his personal opinions of students abilities to himself. All students would learn better if the professor behaved more professionally -- students wouldn't be as distracted during class.

I think he could be more stern with the class, not in a disciplinary manner, but letting students know when they are wrong. It

| |
|---|
| seems that when a student applies the rule incorrectly the Professor usually says, well, there may be an argument for that, but the more correct answer would be . . . . While that may be true some of the time, I find it hard to believe that the rules are so ambiguous all of the time. (Obviously, I could be wrong, but it seems that there has to be a bit more certainty with all these rules than what we come away with after class). I think the Professor could be a little bit more effective by telling students they are wrong instead of skirting it. I think most studnets are ok with being wrong, we want to understand the material more than we care about answering incorrectly in class. |
| I can't think of a way. I think Prof Steinbuch is the best professor I've ever had (including college & law school). |
| **What do you like best and dislike most about the course?** |
| I like the subject matter. I don't like the disparity in how students are treated. |
| Best-the time. |
| I disliked the (original) participation policy the most. I dont think a student should be punished for not participating - there are students that fear speaking in class. But I like that your changed your policy to the current one (reduce grade for negative participation + calling on more students) b/c that is the policy that we are used to at this law school. |
| The course seemed disorganized. The professor seemed to teach to a handful of students for most of the semester and ignored the rest of the class. |
| The cases are interesting and the textbook/rulebook combo was very effective. |
| Our professor was great about incorporating video clips of movies into class discussions to illustrate the rules. Stuff like that really helps to get a better understanding of the application of the rules. |
| Evidence is kind of an interesting subject and the rules are laid out so I like that, but that's it |
| The subject matter is extremely interesting, the book and statutory supplement are excellent in that they are organized well and have helpful problems and notes. The jokes with certain students in class does sometimes get old but doesnt really distract from the class. Maybe he could be more uniform -- call all students by their first name or title + last name. It really bothers some students (they think he is playing favorites) but it doesnt bother me b/c he is such a good professor and I've learned so much about evidence. |
| **What do you like best and dislike most about the class materials (text, handout, syllabus, etc.) ?** |
| Dislike that the syllabus doesn't include dates with the reading assignments. |
| The text is a great guide for the course. The syllabus should be broken down into daily assignments in order for the student to know ahead of time what the assignment will be. |
| The books were fine. |
| The book is unhelpful to learning evidence. The syllabus was lacking. We were assigned large numbers of pages that were dismissed as irrelevant in class. The syllabus would have been more useful if it actually broke down assignments by class |

| |
|---|
| period. There were assignments on the syllabus we skipped, but were only instructed to do this right before we were going to get to that section in the class. At that point, any student who had read ahead had spent time on pages that would never be covered. One reason for a syllabus is to allow the student to plan his workload. |
| I found the texts very helpful, and I especially liked the video clips. They were entertaining and provided more hypotheticals to answer 'on-the-spot.' |
| I liked the book and the way the syllabus adhered to its organization. I also appreciated not being compelled to buy too many literary materials. I liked the fact that the syllabus as it was handed out on the first day of class was essentially followed but not to the point where made us "rush through" discussions. |
| The text is pretty good. |
| I liked the film clips |
| Great materials and the video clips are extremely helpful |
| **Please offer any additional comments you have regaurding the course, the professor, or both.** |
| I think as the professor gains experience in teaching, he will be great. Keep up the good work. |
| Prof. Steinbuch is very energetic and a great/professional dresser. He encourages class participation and it helps with understanding the material. He is assertive about class participation without being a tyrant. He has a creative way of teaching with videos. They are very helpful and entertaining. It helps to visualize the concepts. I like his style of teaching. |
| I felt this class was confusing. As a class, we never knew if we should spend time analyzing the cases or focus more on the Rules. We would ignore cases for weeks and out of the blue someone would be called on to brief a case. I did appreciate his comment about how grades at the law school were too low and that he would have higher grades. |
| Prof. Steinbuch is an excellent professor, and I thoroughly enjoyed his class. |
| I feel that this professor is the most unprofessional instructor that I have ever had. He continuously displayed his preference for some students over others. During one class period, when discussing his participation policy, he indicated several times that some students are better than others. He also mentioned during the same class that the top students are females and looked to the direction of two of the higher ranking students in class. I feel that a professor acknowledging the top students in class is inappropriate, especially when he does so in a manner that makes the rest of the class feel unworthy (even though they are not). He often singled out two particular female students. He spoke to those young women flirtatiously during class. I know many students took offense to this and felt that they should not have to witness this kind of behavior in a professional setting. He characterized "excellence" based on the number of times students talk in class, but repeatedly called on the same few students during class. Even when those few students did not volunteer, the professor would call on them. He would also call on those students to supplement the answers of other students—he behaved as if those students were the only students competent enough to provide a correct answer. He often made caddy remarks during class when particular students were unable to answer his questions. Overall, the professor made it clear that he thought the majority of the students in class fell short of "excellence." The students caught on to this quickly and, as a result, class participation was stifled. Sadly, I did not enjoy going to class even |

| |
|---|
| though I enjoyed the subject matter. |
| Professor Steinbuch made an honest effort to follow up on the few questions he was unable to answer immediately during class. He kept to his promise of explaining difficult issues at later points in time after having further researched them and sent helpful e-mails to the class to clear up confusion. |
| I think the question "I have an increased working knowledge of the subject area that was taught in this class" is probably the dumbest question you could possible have on an evaluation form. I don't care how inept your professor might be, if you have done the reading for a class during the semester you will have an increased working knowledge, even if it is minimal, it is still an increase. I rate that question as a zero on a scale of one to ten for purposes of effective professor evaluations. |
| Please get this man to resist the urge to flirt with students DURING class. |
| I hope to take as many classes from Prof Steinbuch as possible before I graduate. The review might have been more helpful if it had been more organized but it was still helpful. |