| | |
|---|---|
| Subject | Subpoena |
| From | John DiPippa <jmdipippa@ualr.edu> |
| Date | Friday, September 15, 2006 4:09 pm |
| To | resteinbuch@ualr.edu |

Rob,

I talked to Jeff Bell and Sarah James about the subpoena. Besides the subpoena being overbroad from your perspective, I think the law school has an independent interest to keep teacher evaluations out of court because we don't have any way to verify the reliability - or even the truth - of the written student comments. The law school's evaluation process is supposed to be a frank and confidential way to mentor new faculty. We have never disseminated anonymous student evaluations and I don't want to start now.

John M. A. DiPippa
Associate Dean for Academic Affairs and
Distinguished Professor of Law and Public Policy
University of Arkansas at Little Rock
William H. Bowen School of Law

Dockets.Justia.com