

UNIVERSITY OF ARKANSAS SYSTEM

*Office of the General Counsel*

September 12, 2006

Honorable William R. Wilson                VIA FACSMILE
United States District Judge
423 Courthouse
600 W. Capitol Ave.
Little Rock, AR 72201-3325

    RE: Case No. 4:06-mc-0028

Dear Judge Wilson:

    On August 30, 2006, the University of Arkansas at Little Rock was served with a subpoena duces tecum in the case of <u>Robert Steinbuch v. Jessica Cutler,</u> USDC, DDC, case no. 01:05-CV-00970. Prior to the deadline for responding to the subpoena, the Plaintiff filed a Motion to Quash in this Court to which the Defendant has responded. The case number is referenced above.

    I have spoken, and corresponded by email, with the attorneys for both parties to inform them that UALR would prefer to withhold production of the requested documents, pending this Court's decision on the Motion to Quash. Both attorneys expressed that they had no objection.

    UALR therefore stands willing and able to comply with the subpoena but will await this Court's decision and instruction. Thank you for your time and attention to this matter.

                        Sincerely,

                         Sarah James
                         Associate General Counsel

cc: Matthew C. Billips
    Miller & Billips, P.C
    730 Peachtree St, Suite 750
    Atlanta, GA 30308

    Jonathan Rosen
    1200 Gulf Blvd., #1506
    Clearwater, FL 33767

2404 North University Avenue / Little Rock, Arkansas 72207-3608 / 501-686-2520 / Fax 501-686-2517

University of Arkansas, Fayetteville / University of Arkansas at Little Rock / University of Arkansas at Pine Bluff
University of Arkansas for Medical Sciences / University of Arkansas at Monticello / Division of Agriculture / Criminal Justice Institute
Arkansas Archeological Survey / Phillips Community College of the University of Arkansas / University of Arkansas Community College at Hope
University of Arkansas Community College at Batesville / Cossatot Community College of the University of Arkansas
University of Arkansas Community College at Morrilton / University of Arkansas at Fort Smith
Arkansas School for Mathematics, Sciences, and the Arts / University of Arkansas Clinton School of Public Service

*The University of Arkansas is an equal opportunity/affirmative action institution.*

dockets.Justia.com