UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEINBUCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSICA CUTLER and ) <br> ANA MARIE COX, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-970 (PLF/JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED** that:

1. This Court will not recommend revocation of defense counsel's *pro hac vice* status; and it is further **ORDERED** that

2. No document of discovery shall be filed in this case for any purpose without prior explicit permission granted by this Court; and it is further **ORDERED** that

3. Plaintiff's Motion to Compel [#47] is **DENIED**; and it is further **ORDERED** that

4. Defendant's Motion to Extend Discovery [#49] is **DENIED AS MOOT**; and it is further **ORDERED** that

5. Defendant's Motion to Deem Rule 36 Requests Admitted, Motion to Compel Discovery, and Alternative Motion to Preclude Evidence [#62] is **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED**.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: