UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINBUCH ) | |
| ) | |
| Plaintiff, ) | |
| ) CASE No. 01:05-CV-00970 (PLF) | |
| v. ) | |
| CUTLER ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO PLACE DOCMUNT # 66 - MOTION TO COMPEL UNDER SEAL**

Plaintiff moves this Court to place document #66 entitled Motion To Compel, filed 12/15/06, under seal. Counsel for Plaintiff and Defendant Cutler conferred regarding this motion and Defendant Cutler does not oppose, and represented to Counsel for Plaintiff that they support this request.

<u>CONCLUSION</u>

For the foregoing reasons, this Court should grant Plaintiff's Motion to Place Document #66 – Motion to Compel under seal.

Dated: December 15, 2006

*/s/ Jonathan Rosen*
Jonathan Rosen (NY0046)
1645 Lamington Rd.
Bedminster, NJ  07921
(908) 759-1116
Attorney for Plaintiff

Dockets.Justia.com