LAW OFFICES
## MILLER & BILLIPS, P.C.

730 PEACHTREE STREET
SUITE 750
ATLANTA, GEORGIA 30308

HARLAN S. MILLER
MATTHEW C. BILLIPS
ALYSA B. FREEMAN

(404) 969-4101 • (404) 969-4141 FAX
FIRM@MBALAWFIRM.COM

OF COUNSEL:
JOHNSON & BENJAMIN, LLP
TELEPHONE: (404) 969-4110

December 11, 2006

**BY FAX (908) 719-3358**
**AND UNITED STATES MAIL**
Jonathan Rosen, Esq.
1645 Lamington Road
Bedminster, New Jersey 07921

  RE: ***Robert Steinbuch v. Jessica Cutler***
    U.S.D.C., District of Columbia
    Civil Action File No. 1:05-CV-970 (PLF)

Dear Jonathan,

  I have emailed you several times and written a letter requesting a date for your client's deposition and asking whether you have served Ms. Cox. You have not responded to my emails or letter.

  Now that the Court has granted the vast majority of our Motion to Compel, I have the added question of when you anticipate supplementing your discovery responses. It seems to me that twenty days should be more than adequate and, therefore, I would ask that you have your verified supplemental responses and documents delivered, in hand, no later than December 29, 2006. Failing adequate supplemental response by that date, I will ask the Court to strike your client's claims.

  In addition, given the silence on your end regarding efforts to serve Ms. Cox, it is becoming apparent that no such efforts are underway, notwithstanding what you told the Court. I have attempted to work with you and consider the interests of the still absent Ms. Cox and will, of course, continue to do so. However, given your lack of response to my repeated inquiries, I find myself having no option but to go forward with noticing your client's deposition. While I have noticed it to occur at Beta Court Reporting, please let me know if you will consent to having the deposition take place at local counsel's office, at 2200 Clarendon Blvd., Suite 1201, Arlington, Va. 22201.

MILLER & BILLIPS, P.C.

Jonathan Rosen, Esq.
December 11, 2006
Page 2

  Therefore, please find enclosed a notice of deposition for Mr. Steinbuch for January 22, 2006. If there is a different date within the discovery period which you would prefer, please let me know and I will attempt to accommodate you.

  I look forward to hearing from you.

                Sincerely,

                Matthew C. Billips

MCB/slf

cc: John R. Ates, Esq.

```
    ***********************
    ***   TX REPORT    ***
    ***********************

    TRANSMISSION OK

    TX/RX NO              1222
    RECIPIENT ADDRESS     19087193358
    DESTINATION ID
    ST. TIME              12/11 18:58
    TIME USE              00'55
    PAGES SENT            6
    RESULT                OK
```

# Miller & Billips, P.C.

Attorneys-At-Law
Suite 750, 730 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404)969-4101
Facsimile: (404) 969-4141
firm@mbalawfirm.com

## FAX COVER SHEET

**TO:**           Jonathan Rosen, Esq.

**FAX NUMBER:**   908/719-3358

**FROM:**         Matthew C. Billips, Esq.

**DATE:**         December 11, 2006

No. of pages, including cover:

**RE:**   <u>Robert Steinbuch v. Jessica Cutler</u>      Letter of December 11, 2006
          U.S.D.C., District of Columbia
          Civil Action File No. 1:05-CV-970 (PLF)

**COMMENTS/INSTRUCTIONS:   FOR IMMEDIATE DELIVERY**
Original is:
          \_\_\_\_\_   not being sent;
          \_X\_\_   being sent by regular U.S. mail;
          \_\_\_\_\_   being sent by overnight delivery; or,
          \_\_\_\_\_  _____.

*NOTE:* This transmission is intended only for the person indicated above. If you receive this transmission inadvertently, please call the telephone number above. This transmission may contain confidential or privileged information. The transmittal of this material by facsimile is not intended to waive or breach any such confidential nature of the