UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEINBUCH,<br><br>      Plaintiff,<br><br>    v.<br><br>JESSICA CUTLER,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-0970 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

      This matter is before the Court on Magistrate Judge John M. Facciola's report and recommendation on plaintiff's motion to disqualify defense counsel Matthew Billips by revoking his *pro hac vice* status, made orally at a hearing before Magistrate Judge Facciola on November 28, 2006.

      This Court referred to Magistrate Judge Facciola the management and resolution of all discovery-related issues in this case. On December 8, 2006, Magistrate Judge John M. Facciola issued a Memorandum Opinion addressing several discovery motions referred to him, and making a report and recommendation to this Court on plaintiff's oral motion to disqualify. According to that Memorandum Opinion, plaintiff seeks to disqualify Mr. Billips for alleged violations of this Court's August 22, 2006 Order, specifically ethical violations related to a reply brief filed in response to plaintiff's opposition to defendant's motion to compel. On December 4, 2006, Mr. Billips filed a written response to the oral motion. Magistrate Judge Facciola recommends that plaintiff's oral motion be denied for failing to meet the high standard under

Dockets.Justia.com

which the relief requested -- the revocation of opposing counsel's *pro hac vice* admission to the bar of this Court -- may be granted. No objection has been filed to that recommendation.

Upon consideration of the December 8, 2006 Memorandum Opinion, defendant's December 4, 2006 Response to Plaintiff's Oral Request to Revoke the Pro Hac Admission of Counsel for Defendant, and the entire record in this case, it is hereby

ORDERED that Magistrate Judge Facciola's recommendation contained in his December 8, 2006 Memorandum Opinion that plaintiff's motion to disqualify defense counsel Matthew Billips and revoke his *pro hac vice* status be denied is APPROVED and ADOPTED; and it is

FURTHER ORDERED that plaintiff's motion to disqualify defense counsel Matthew Billips and revoke his *pro hac vice* status is DENIED.

FURTHER ORDERED .

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 4, 2007