UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------

| | | |
|---|---|---|
| **Steinbuch** | : | **1:05-CV-970 (PLF) (JMF)** |
| **Plaintiff,** | : | **Judge Paul L. Friedman** |
| | : | **Magistrate Judge John M. Facciola** |
| -v- | : | |
| **Cutler and Cox** | : | |
| **Defendants.** | : | |

-------------------------------------------------------------

## PLAINTIFF'S COURT-INSTRUCTED MEMORANDUM REGARDING UPDATING STATUS OF SERVICE OF DEFENDANT ANA MARIE COX

Plaintiff provides the following status report update pursuant to this Court's instructions.

After multiple attempts and acquiring investigative services, Defendant Ana Marie Cox has been personally served.

In addition, prior to the most recent stay on discovery, Plaintiff responded to all outstanding discovery, including supplementation. As set forth in Defendants' most recent motion, Defendant indicated that she will not fully respond until her motion is decided.

Dated: January 10, 2007

   /s/ Jonathan Rosen
Jonathan Rosen, Esq.
1645 Lamington Rd.
Bedminster, NJ 07921
(908) 759-1116
Attorney for Plaintiff