UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
ROBERT STEINBUCH,                       )
                                                    )
                    Plaintiff,              )
                                                    )
v.                                             )    Case No. 1:05-CV-970 (PLF/JMF)
                                                    )    Judge Paul L. Friedman
JESSICA CUTLER and ANNA MARIE COX, )    Magistrate Judge John M. Facciola
                                                    )
                    Defendants.          )
_____)

### DEFENDANT CUTLER'S UP DATED RESPONSE TO "PLAINTIFF'S COURT-INSTRUCTED MEMORANDUM REGARDING UPDATING STATUS OF SERVICE OF DEFENDANT ANA MARIE COX"

Defendant Cutler hereby updates her January 10, 2007 "Response to Plaintiff's Court-Instructed Memorandum Regarding Status of Service of Defendant Ana Marie Cox." In her January 10, 2007 filing, Defendant Cutler noted Plaintiff's counsel had emailed unsigned, unverified supplemental responses to the discovery requests which are the subject of the Court's December 8, 2006 Order. On January 11, 2007, Defendant Cutler received verified responses to the discovery requests.

For reasons stated in Defendant Cutler's January 10, 2007 response, she seeks permission to file (initially under seal) the verified "supplemental" responses so that the Court may have the benefit of this document when considering the pending discovery motions, including Defendant Cutler's Motion for Sanctions and for Protective Order [Docket 69].

Respectfully submitted this 15th day of January, 2007.

/s/ Matthew C. Billips
Matthew C. Billips
Georgia Bar No. 057110
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308
ph: (404) 969-4101
fax: (404) 969-4141
mbillips@mbalawfirm.com

**COUNSEL FOR DEFENDANT
JESSICA CUTLER**

/s/ John R. Ates
John R. Ates, Esq.,
ALBO & OBLON, LLP
2200 Clarendon Blvd. Suite 1201
Arlington, VA 22201
jra@albo-oblon.com

**LOCAL COUNSEL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT STEINBUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-CV-970 (PLF) (JMF) |
| | ) | Judge Paul L. Friedman |
| JESSICA CUTLER, | ) | Magistrate Judge John M. Facciola |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

    This is to certify that I have on this day served a copy of DEFENDANT CUTLER'S UPDATED RESPONSE TO "PLAINTIFF'S COURT-INSTRUCTED MEMORANDUM REGARDING UPDATING STATUS OF SERVICE OF DEFENDANT ANA MARIE COX" on defense counsel identified below by electronically filing a copy of same with the Clerk of Court by using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorneys of record:

    Jonathan Rosen, Esq.                  Jonathan Rosen, Esq.
    1645 Lamington Road                1200 Gulf Blvd., 1506
    Bedminster, New Jersey 07921      Clearwater, Florida 33767

This 15th day of January, 2007.

                                            */S/ Matthew C. Billips*
                                            Matthew C. Billips
                                            Georgia Bar No. 057110

MILLER & BILLIPS, P.C.
730 Peachtree Street, Suite 750
Atlanta, Georgia 30308
(404) 969-4101
(404) 969-4141 (fax)
mbillips@mbalawfirm.com