UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
ROBERT STEINBUCH,                             )
                                              )
        Plaintiff,                            )
                                              )
v.                                            )   Case No. 1:05-cv-00970 (PLF/JMF)
                                              )
JESSICA CUTLER and ANA MARIE COX,             )
                                              )
        Defendants.                           )
_____)

**NOTICE OF FILING DOCUMENT UNDER SEAL**
**PURSUANT TO JANUARY 19, 2007 MINUTE ORDER**

        Pursuant to the January 19, 2007 Minute Order, Defendant Cutler hereby gives notice

that she has filed with the clerk, under seal, a complete version of Plaintiff's supplemental

discovery responses received by Defendant Cutler on January 11, 2007, which should be an

exhibit (Exhibit 2) to Document #69 (Defendant Cutler's Motion for Sanctions and for Protective

Order and Memorandum of Law in Support).  As instructed, included with the paper filing was a

disk containing a pdf version of the filing under seal and a paper courtesy copy for Judge

Facciola's chambers, both filed with the clerk under seal.

        Respectfully submitted this 23rd day of January, 2007.

                                        /s/ Matthew C. Billips
                                        Matthew C. Billips, *pro hac vice*
                                        Georgia Bar No. 057110
                                        MILLER & BILLIPS, LLC
                                        730 Peachtree Street, Suite 750
                                        Atlanta, GA 30308
                                        ph: (404) 969-4101
                                        fax: (404) 969-4141
                                        **COUNSEL FOR DEFENDANT**
                                        **JESSICA CUTLER**

<u>/s/ John R. Ates</u>
John R. Ates, Esq.,
ALBO & OBLON, LLP
2200 Clarendon Blvd. Suite 1201
Arlington, VA 22201
jra@albo-oblon.com

**LOCAL COUNSEL**