**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT STEINBUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv970 (PLF) |
| ) | |
| **JESSICA CUTLER** ) | |
| and ) | |
| **ANA MARIE COX,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Laura R. Handman as lead counsel in this case for Defendant Ana Marie Cox.

Dated this 26th day of January, 2007.

                                                                   Respectfully submitted,

                                                                   /s/   Laura R. Handman
                                                      Laura R. Handman (D.C. Bar No. 444386)
                                                      DAVIS WRIGHT TREMAINE LLP
                                                      1500 K Street, N.W., Suite 450
                                                      Washington, D.C. 20005-1272
                                                      (202) 508-6600
                                                      (202) 508 6699 fax