**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT STEINBUCH,** )  )  **Plaintiff,** )  )  v. ) )  **JESSICA CUTLER** ) **and** ) **ANA MARIE COX,** ) )  **Defendants.** ) | Civil Action No. 1:05cv970 (PLF) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Amber L. Husbands as counsel in this case for Defendant Ana Marie Cox.

Dated this 26th day of January, 2007.

                                      Respectfully submitted,

                                      /s/   Amber L. Husbands
                                      Amber L. Husbands (D.C. Bar No. 481565)
                                      DAVIS WRIGHT TREMAINE LLP
                                      1500 K Street, N.W., Suite 450
                                      Washington, D.C. 20005-1272
                                      (202) 508-6600
                                      (202) 508 6699 fax