# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT STEINBUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv970 (PLF) |
| ) | |
| **JESSICA CUTLER** ) | |
| and ) | |
| **ANA MARIE COX,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned local counsel for Defendant Ana Marie Cox, pursuant to LCvR 83.2(c), respectfully request this Court to permit James Rosenfeld, a non-member of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice*.

In support of this Motion we have attached the Declaration of James Rosenfeld in compliance with LCvR 83(d).

Dated this 26th day of January, 2007.

                                                         Respectfully submitted,

                                                          /s/   Laura R. Handman
                                           Laura R. Handman (D.C. Bar No. 444386)
                                           Amber L. Husbands (D.C. Bar No. 481565)
                                           DAVIS WRIGHT TREMAINE LLP
                                           1500 K Street, N.W., Suite 450
                                           Washington, D.C. 20005-1272
                                           (202) 508-6600
                                           (202) 508 6699 fax