# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT STEINBUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv970 (PLF) |
| ) | |
| **JESSICA CUTLER** ) | |
| and ) | |
| **ANA MARIE COX,** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF JAMES ROSENFELD

James Rosenfeld declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am co-counsel for Defendant Ana Marie Cox in this action.

2. I am a partner in Davis, Wright and Tremaine, LLP, and maintain my office at 1633 Broadway, New York, New York 10019-6708. My telephone number is 212 489-8230.

3. I am a member of good standing of the bar of State of New York, The United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

4. I hereby certify that I have never been disciplined by any bar, that I have not been admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia from which I engage in the practice of law, and I do not have an application for membership of the bar of the District of Columbia pending.

Under penalty of perjury I do so declare.

                                                           /s/ James Rosenfeld
                                                           James Rosenfeld

Dockets.Justia.com