**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT STEINBUCH,** )<br>)<br>　　**Plaintiff,** )<br>)<br>　　v. )<br>)<br>**JESSICA CUTLER** )<br>**and** )<br>**ANA MARIE COX,** )<br>)<br>　　**Defendants.** ) | Civil Action No. 1:05cv970 (PLF) (JMF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that the motion is granted, and James Rosenfeld, a non-member of the Bar of this Court, may participate in the Court proceedings in this matter *pro hac vice*.

Dated: _____, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dockets.Justia.com