## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT STEINBUCH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:05cv970 (PLF) |
| | ) |
| **JESSICA CUTLER** | ) |
| and | ) |
| **ANA MARIE COX,** | ) |
| | ) |
| **Defendants.** | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant Ana Marie Cox's Motion to Dismiss, the memorandum in support thereof, and any opposition thereto, it is hereby **ORDERED** that Defendant Cox's Motion to Dismiss is granted and the First Amended Complaint is dismissed in its entirety with prejudice against Defendant Ana Marie Cox.


Dated: _____, 2007.


_____
United States District Judge
Paul L. Friedman