## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT STEINBUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 1:05cv970 (PLF) (JMF)** |
| ) | |
| **JESSICA CUTLER** ) | |
| and ) | |
| **ANA MARIE COX,** ) | |
| ) | |
| **Defendants.** ) | |

### [PROPOSED] ORDER

UPON CONSIDERATION OF the Consent Motion for Stay of Discovery, it is hereby ORDERED that the motion is granted, and discovery in this action is stayed until the Court has ruled on Defendant Cox's Motion to Dismiss.

Dated: _____, 2007

_____