**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT STEINBUCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv970 (PLF) |
| ) | |
| **JESSICA CUTLER** ) | |
| **and** ) | |
| **ANA MARIE COX,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Charles R. Both as counsel in this case for Defendant Ana Marie Cox.

Dated this 26th day of January, 2007.

                                                                                 Respectfully submitted,

                                                                        /s/   Charles R. Both
                                                               Charles R. Both (D.C. Bar No. 42424)
                                                               Law Offices of Charles R. Both
                                                               1666 Connecticut Avenue
                                                               Suite 500
                                                               Washington, D.C. 20009
                                                               (202) 833-9060
                                                               (202) 463-6686 (fax)

Dockets.Justia.com