**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

| | | |
|---|---|---|
| **Steinbuch** | : | **1:05-CV-970 (PLF)** |
| **Plaintiff,** | : | **Judge Paul L. Friedman** |
| **-v-** | : | |
| **Cutler and Cox** | : | |
| **Defendants.** | : | |

---

## JOINT MOTION FOR EXTENSION

Last Friday, Defendant Ana Marie Cox filed a motion to dismiss Plaintiff's complaint against her. Plaintiff and Defendant have agreed on a briefing schedule for the motion to dismiss and both request this Court for an extension pursuant to the agreed-upon schedule. Accordingly, Plaintiff and Defendant request this Court to grant an extension such that Plaintiff's response to the motion to dismiss is due February 20, 2007 and Defendant's reply on its motion to dismiss is due March 6, 2007.

Respectfully submitted,

Dated: February 1, 2007

                                                                                                             */s/* Jonathan Rosen
Jonathan Rosen, Esq.
1645 Lamington Rd.
Bedminster, NJ 07921
(908) 759-1116
Attorney for Plaintiff