**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

| | | |
|---|---|---|
| **Steinbuch** | : | **1:05-CV-970 (PLF) (JMF)** |
| **Plaintiff,** | : | **Judge Paul L. Friedman** |
| | : | **Magistrate Judge John M.** |
| **-v-** | : | **Facciola** |
| | : | |
| | : | |
| | : | |
| **Cutler and Cox** | : | |
| **Defendants.** | : | |

---

## WITHDRAW OF MOTION - DOCUMENT NUMBER 87

Plaintiff hereby withdraws Document number 87, entered on 2/1/2007 at 2:26 PM EDT and filed on 2/1/2007, Docket Text: Consent Motion for Extension of Time to File Response/Reply as to [84] Motion to Dismiss by Robert Steinbuch. (Rosen, Jonathan)

Respectfully submitted,

Dated:  February 1, 2007                         /s/ Jonathan Rosen
                                                 Jonathan Rosen, Esq.
                                                 1645 Lamington Rd.
                                                 Bedminster, NJ 07921
                                                 (908) 759-1116
                                                 Attorney for Plaintiff