## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------

| | | |
|---|---|---|
| Steinbuch | : | **1:05-CV-970 (PLF) (JMF)** |
| **Plaintiff,** | : | **Judge Paul L. Friedman** |
| | : | **Magistrate Judge John M.** |
| **-v-** | : | **Facciola** |
| | : | |
| | : | |
| | : | |
| **Cutler and Cox** | : | |
| **Defendants.** | : | |

------------------------------------------------------------

### PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION

Last Friday, Defendant Ana Marie Cox filed a motion to dismiss Plaintiff's complaint against her. Plaintiff and Defendant Cox have agreed on a briefing schedule for the motion to dismiss and both request this Court for an extension pursuant to the agreed-upon schedule. Accordingly, Plaintiff and Defendant Cox request this Court to grant an extension such that Plaintiff's response to the motion to dismiss is due February 20, 2007 and Defendant's reply on its motion to dismiss is due March 6, 2007.

Counsel for Defendant Cutler has authorized us to state that Cutler consents to the above agreed to schedule regarding Defendant Cox's motion to dismiss, but not of the briefing and disposition of Cutler's pending motion.

Pursuant to Local Civil Rule 7(m), undersigned counsel states that the required discussions with counsel occurred and that all parties consent to the above briefing schedule regarding Defendant Cox's motion to dismiss.


Respectfully submitted,

Dated: February 1, 2007

_/s/ Jonathan Rosen
Jonathan Rosen, Esq.
1645 Lamington Rd.

Bedminster, NJ 07921
(908) 759-1116
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------

| | | | |
|---|---|---|---|
| **Steinbuch** | | : | **1:05-CV-970 (PLF) (JMF)** |
| | **Plaintiff,** | : | **Judge Paul L. Friedman** |
| | | : | **Magistrate Judge John M.** |
| **-v-** | | : | **Facciola** |
| | | : | |
| | | : | |
| | | : | |
| **Cutler and Cox** | | : | |
| | **Defendants.** | : | |

---------------------------------------------------------------

## PROPOSED ORDER

Plaintiff and Defendant Cox request this Court to grant an extension such that Plaintiff's response to the motion to dismiss is due February 20, 2007 and Defendant's reply on its motion to dismiss is due March 6, 2007.

All parties consent to the above briefing schedule regarding Defendant Cox's motion to dismiss.  The motion is hereby GRANTED.


SO ORDERED,


Dated:  February 1, 2007                    _____

                                                    United States District Judge

3