UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ROBERT STEINBUCH,                    )
                                     )
                 Plaintiff,          )
                                     )
v.                                   )   Case No. 1:05-CV-970 (PLF/JMF)
                                     )   Judge Paul L. Friedman
JESSICA CUTLER and ANNA MARIE COX,   )   Magistrate Judge John M. Facciola
                                     )
                 Defendants.         )
---                                  )

**NOTCE OF FILING DOCUMENTS
PURSUANT TO DEDCEMBER 28, 2006 MINUTE ORDER**

Defendant Cutler hereby gives notice that she has filed "Defendant Cutler's Reply Memorandum In Support Of Motion For Sanctions And For Protective Order" with its accompanying eleven exhibits in two paper versions (with disks attached containing .pdf files of each paper filing), pursuant to December 28, 2006 Minute Order. The December 28, 2006 Minute Order required that "that any motions or other pleadings which quote any document produced during discovery, including interrogatories or requests for production of documents, or any response thereto, must be filed in two formats." In accordance with that Order, Defendant Cutler has filed the above reply memorandum with discovery material redacted in paper form, with a disk of the .pdf file attached. A second complete version thereof without the expurgation also has been filed under seal in paper form, with a disk of the pdf file attached.

Defendant Cutler also has emailed counsel for Plaintiff Steinbuch and Defendant Cox a .pdf version of each filing and has mailed a paper copy of each filing to counsel.

Respectfully submitted this 23rd day of February, 2007.

/s/ Matthew C. Billips
Matthew C. Billips
Georgia Bar No. 057110
MILLER & BILLIPS, LLC
730 Peachtree Street, Suite 750
Atlanta, GA 30308
ph: (404) 969-4101
fax: (404) 969-4141
 mbillips@mbalawfirm.com

**COUNSEL FOR DEFENDANT
JESSICA CUTLER**

/s/ John R. Ates
John R. Ates, Esq.,
ALBO & OBLON, LLP
2200 Clarendon Blvd. Suite 1201
Arlington, VA 22201
jra@albo-oblon.com

**LOCAL COUNSEL**