**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------

| | | |
|---|---|---|
| **Steinbuch** | : | **1:05-CV-970 (PLF) (JMF)** |
| **Plaintiff,** | : | **Judge Paul L. Friedman** |
| | : | **Magistrate Judge John M.** |
| -v- | : | **Facciola** |
| | : | |
| | : | |
| | : | |
| **Cutler and Cox** | : | |
| **Defendants.** | : | |

------------------------------------------------------------------

### PLAINTIFF'S CONSENTED TO MOTION FOR EXTENSION TO FLILE RESPONSE BRIEF 52 MINUTES LATE

Plaintiff's response to Defendant Cox's motion to dismiss was due to be filed February 20, 2007. Because of computer and internet related issues logging onto the electronic filing system, Plaintiff filed his response [Doc. #91] 52 minutes late. Plaintiff requests leave of this Court to file the response 52 minutes late.

Counsel for Defendant Cox consents to Plaintiff's request and Counsel for Defendant Cutler stated that she has no position on the request and will accede to Defendant Cox's position.

Pursuant to Local Civil Rule 7(m), undersigned counsel states that the required discussions with counsel occurred and that all parties do not oppose the above requested relief regarding the filing of Plaintiff's response to Defendant Cox's motion to dismiss.

Respectfully submitted,

Dated: March 2, 2007              _/s/_ Jonathan Rosen
                                  Jonathan Rosen, Esq.
                                  1645 Lamington Rd.
                                  Bedminster, NJ 07921
                                  (908) 759-1116
                                  Attorney for Plaintiff

Dockets.Justia.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------
| Steinbuch | : | 1:05-CV-970 (PLF) (JMF) |
| Plaintiff, | : | Judge Paul L. Friedman |
| | : | Magistrate Judge John M. |
| -v- | : | Facciola |
| | : | |
| | : | |
| | : | |
| Cutler and Cox | : | |
| Defendants. | : | |
------------------------------------------------------------------

## PROPOSED ORDER

Plaintiff requests this Court leave for Plaintiff to file his response to the motion to dismiss 52 minutes late.

The Defendants do not oppose the request. The motion is hereby GRANTED.

SO ORDERED,

Dated: March 2, 2007                              _____
                                                  United States District Judge

3