UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT STEINBUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0970 (PLF) |
| ) | |
| JESSICA CUTLER, ) | |
| and ) | |
| ANA MARIE COX, ) | |
| ) | |
| Defendants. ) | |

ORDER

On May 16, 2007, the Court heard oral argument on defendant Ana Marie Cox's motion to dismiss for failure to state a claim upon which relief can be granted. Upon consideration of the arguments of counsel as set forth in their briefs and at oral argument, and for the reasons stated in open court, it is hereby

ORDERED that defendant Ana Marie Cox's motion to dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure [84] is GRANTED; and it is

FURTHER ORDERED that defendant Ana Marie Cox is dismissed as a defendant from this action.

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 21, 2007

Dockets.Justia.com