**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

| | | |
|---|---|---|
| **Steinbuch** | : | **1:05-CV-970 (PLF) (JMF)** |
| **Plaintiff,** | : | **Judge Paul L. Friedman** |
| | : | |
| **-v-** | : | |
| | : | |
| | : | |
| | : | |
| **Cutler** | : | |
| **Defendant.** | : | |

---

## ORDER

Plaintiff's deposition should be recorded via transcription means only.

Dated: June __, 2007

_____
Magistrate-Judge Fagiola